# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

In re: Karen Clegg  
Debtor

Case No.: 4:18-bk-12156  
Chapter 13

## ORDER TO SHORTEN TIME TO OBJECT

**NOW BEFORE THE COURT** is the *Motion to Shorten Time to Object* to a Motion for Debtor Refund, filed by the Debtor, Karen Clegg, on July 28, 2022. This Court finds that the Motion should be, and hereby is, **GRANTED**. Accordingly, this Court orders that the time to object to Debtor's Motion to is hereby shortened to ten (10) days. **Any objection to the Debtor's Motion to** shall be filed with this Court on or before August 08, 2022.

IT IS SO ORDERED

Phyllis M. Jones  
United States Bankruptcy Judge  
Dated: 07/28/2022